United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Juan Francisco Morel Ortiz  
    Debtor

Case No. 24-10620-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Mar 22, 2024      Form ID: 152      Total Noticed: 15

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juan Francisco Morel Ortiz, 1002 Boeshore Cir, Reading, PA 19605-1172 |
| 14861283 | + | CrossCountry Mortgage, LLC, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14858553 | + | Victor G Morel Ortiz, 1002 Boeshore Circle, Reading, PA 19605-1172 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 23 2024 00:15:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 23 2024 00:15:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 23 2024 00:27:17 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14859768 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 23 2024 00:16:50 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14858546 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 23 2024 00:14:00 | Ally Financial, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 14858547 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 23 2024 00:14:00 | Bank of America, 4060 Ogletown/Stanton Rd, Newark, DE 19714 |
| 14858548 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 23 2024 00:16:51 | Best Buy/CBNA, 5800 South Corporate Place Mail Code 234, Sioux Falls, SD 57108-5027 |
| 14858549 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Mar 23 2024 00:15:00 | Cross Country Mortgage Inc, 1 Corporate Drive - Ste 360, Lake Zurich, IL 60047 |
| 14858550 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 23 2024 00:17:06 | JPMCB - Card Services, 301 N Walnut St - Floor 09, Wilmington, DE 19801-3935 |
| 14862382 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 23 2024 00:17:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14858551 | + | Email/Text: bknotice@raslavrar.com | Mar 23 2024 00:14:00 | RAS Lavar LLC, 425 Commerce Drive Suite 150, Fort Washington, PA 19034-2727 |
| 14858552 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 23 2024 00:17:09 | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Mar 22, 2024 | Form ID: 152 | Total Noticed: 15

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2024        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| CHARLES LAPUTKA | on behalf of Debtor Juan Francisco Morel Ortiz claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor CROSSCOUNTRY MORTGAGE  LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Juan Francisco Morel Ortiz
    Debtor(s)

Case No: 24−10620−pmm
Chapter: 13

_____

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

, United States Bankruptcy Court 6/27/24 at 10:00 AM , in Zoom. For Zoom link, see the current, Hearing Calendar for the Judge on the, Court website

For The Court

Timothy B. McGrath
Clerk of Court

14
Form 152