| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 24-10620-PMM

Juan Francisco Morel-Ortiz  
1002 Boeshore Cir  
Reading  PA   19605

Petition Filed Date: 02/26/2024  
341 Hearing Date: 04/30/2024  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/28/2024 | $1,065.00 | | | | | | | |

**Total Receipts for the Period: $1,065.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $1,775.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $6,106.00 | $0.00 | $0.00 |
| 2 | ALLY BANK<br>»» 002 | Unsecured Creditors | $8,919.91 | $0.00 | $0.00 |
| 3 | CHASE BANK USA NA<br>»» 003 | Unsecured Creditors | $1,798.29 | $0.00 | $0.00 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $10,969.38 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $7,483.90 | $0.00 | $0.00 |
| 6 | NATIONSTAR MORTGAGE LLC<br>»» 006 | Mortgage Arrears | $8,643.42 | $0.00 | $0.00 |
| 7 | BANK OF AMERICA NA<br>»» 007 | Unsecured Creditors | $1,542.55 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10620-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $1,775.00 | Current Monthly Payment: | $355.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $177.50 | Total Plan Base: | $21,300.00 |
| Funds on Hand: | $1,597.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.