United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                                                                                                      Case No. 24-10620-pmm

Juan Francisco Morel Ortiz                                                                                                                             Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                           User: admin                                                                 Page 1 of 2

Date Rcvd: Mar 13, 2025                                    Form ID: 155                                                  Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juan Francisco Morel Ortiz, 1002 Boeshore Cir, Reading, PA 19605-1172 |
| 14902649 | | Ally Bank Lease Trust, Payment Processing Center, PO Box 660618, Dallas, TX 75266-0618 |
| 14861283 | + | CrossCountry Mortgage, LLC, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14858553 | + | Victor G Morel Ortiz, 1002 Boeshore Circle, Reading, PA 19605-1172 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14859768 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 14 2025 01:32:26 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14867415 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 14 2025 00:58:36 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14858546 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 14 2025 01:21:00 | Ally Financial, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 14858547 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 14 2025 01:21:00 | Bank of America, 4060 Ogletown/Stanton Rd, Newark, DE 19714 |
| 14880762 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 14 2025 01:21:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14858548 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 14 2025 00:58:06 | Best Buy/CBNA, 5800 South Corporate Place Mail Code 234, Sioux Falls, SD 57108-5027 |
| 14880649 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 14 2025 01:21:00 | CrossCountry Mortgage, LLC, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14858549 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Mar 14 2025 01:21:00 | Cross Country Mortgage Inc, 1 Corporate Drive - Ste 360, Lake Zurich, IL 60047 |
| 14858550 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 14 2025 01:09:40 | JPMCB - Card Services, 301 N Walnut St - Floor 09, Wilmington, DE 19801-3971 |
| 14869873 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 14 2025 01:09:14 | JPMorgan Chase Bank, N.A., P.O. Box 15368, Wilmington DE 19850-5368 |
| 14869527 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 14 2025 01:21:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14862382 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 14 2025 01:09:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14879686 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 14 2025 01:32:31 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14858551 | + | Email/Text: bknotice@raslavrar.com | Mar 14 2025 01:21:00 | RAS Lavar LLC, 425 Commerce Drive Suite 150, Fort Washington, PA 19034-2727 |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 13, 2025 | Form ID: 155 | Total Noticed: 19 |

14858552      +   Email/PDF: Citi.BNC.Correspondence@citi.com  
                                                                        Mar 14 2025 00:57:39      THD/CBNA, One Court Square, Long Island City, NY 11120-0001

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14871082 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 15, 2025                                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Juan Francisco Morel Ortiz claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor CROSSCOUNTRY MORTGAGE  LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Juan Francisco Morel Ortiz  )  Case No. 24−10620−pmm
  )
  )
  Debtor(s).  )  Chapter: 13
  )
  )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: March 13, 2025                                                           For The Court

                                                                              Patricia M. Mayer
                                                                              Judge, United States Bankruptcy Court