Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
### Chapter 13 Case No. 24-10620-PMM

Juan Francisco Morel-Ortiz  
1002 Boeshore Cir  
Reading  PA   19605

Petition Filed Date: 02/26/2024  
341 Hearing Date: 04/30/2024  
Confirmation Date: 03/13/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2024 | $710.00 | | 10/22/2024 | $198.00 | | 12/26/2024 | $396.00 | |
| 03/03/2025 | $594.00 | | 05/05/2025 | $190.00 | | 07/01/2025 | $400.00 | |

**Total Receipts for the Period:  $2,488.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $3,753.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,538.00 | $2,538.00 | $0.00 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $6,106.00 | $0.00 | $6,106.00 |
| 2 | ALLY BANK »» 002 | Unsecured Creditors | $8,919.91 | $0.00 | $8,919.91 |
| 3 | CHASE BANK USA NA »» 003 | Unsecured Creditors | $1,798.29 | $0.00 | $1,798.29 |
| 4 | CHASE BANK USA NA »» 004 | Unsecured Creditors | $10,969.38 | $0.00 | $10,969.38 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES »» 005 | Unsecured Creditors | $7,483.90 | $0.00 | $7,483.90 |
| 6 | NATIONSTAR MORTGAGE LLC »» 006 | Mortgage Arrears | $8,643.42 | $887.13 | $7,756.29 |
| 7 | BANK OF AMERICA NA »» 007 | Unsecured Creditors | $1,542.55 | $0.00 | $1,542.55 |
| 8 | BEST BUY/CBNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | THD/CBNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 24-10620-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,753.00 | Current Monthly Payment: | $198.00 |
| Paid to Claims: | $3,425.13 | Arrearages: | $398.00 |
| Paid to Trustee: | $327.87 | Total Plan Base: | $12,467.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.