Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Juan Francisco Morel-Ortiz
1002 Boeshore Cir
Reading, PA 19605

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 24-10620-PMM**

Petition Filed Date: 02/26/2024
341 Hearing Date: 04/30/2024
Confirmation Date: 03/13/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2025 | $200.00 | | 10/21/2025 | $403.00 | | 10/27/2025 | $396.00 | |
| 11/24/2025 | $198.00 | | 12/29/2025 | $198.00 | | 02/09/2026 | $198.00 | |
| 02/27/2026 | $200.00 | | 03/27/2026 | $200.00 | | 04/27/2026 | $200.00 | |
| 05/26/2026 | $200.00 | | 06/29/2026 | $200.00 | | 07/28/2026 | $200.00 | |

**Total Receipts for the Period: $2,793.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $6,346.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,538.00 | $2,538.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $6,106.00 | $0.00 | $6,106.00 |
| 2 | ALLY BANK<br>»» 002 | Unsecured Creditors | $8,919.91 | $0.00 | $8,919.91 |
| 3 | JP MORGAN CHASE BANK NA<br>»» 003 | Unsecured Creditors | $1,798.29 | $0.00 | $1,798.29 |
| 4 | JP MORGAN CHASE BANK NA<br>»» 004 | Unsecured Creditors | $10,969.38 | $0.00 | $10,969.38 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $7,483.90 | $0.00 | $7,483.90 |
| 6 | NATIONSTAR MORTGAGE LLC DBA MR COOPER<br>»» 006 | Mortgage Arrears | $8,643.42 | $3,280.46 | $5,362.96 |
| 7 | BANK OF AMERICA NA<br>»» 007 | Unsecured Creditors | $1,542.55 | $0.00 | $1,542.55 |
| 8 | BEST BUY/CBNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | THD/CBNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10620-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,346.00 | Current Monthly Payment: | $198.00 |
| Paid to Claims: | $5,818.46 | Arrearages: | ($17.00) |
| Paid to Trustee: | $527.54 | Total Plan Base: | $12,467.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.